UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

KEITH MAHONEY
300 Northland Drive
Medina, Ohio 44256

     **Plaintiff,**

vs.

CITY OF DELAWARE
POLICE DEPARTMENT
70 N. Union St. #2
Delaware, Ohio 43015

and

CITY OF DELAWARE
1 Sandusky St.
Delaware, Ohio 43015

     **Defendants.**

**JUDGE**

**COMPLAINT**
**JURY DEMAND**

Now comes the Plaintiff, by and through undersigned counsel, Eric D. Hall, and for his Complaint state as follows:

1. Defendant City of Delaware Police Department, (Hereinafter referred as Defendant City of Delaware Police Department and/or Defendants) is located in the City of Delaware, State of Ohio.

2. Defendant City of Delaware (Hereinafter referred as Defendant City of Delaware and/or Defendants) is a city located in Delaware County, State of Ohio.

3. Plaintiff Keith Mahoney, (Hereinafter referred as "Plaintiff") is a resident of the City of Medina, County of Medina, State of Ohio.

4. That on or about August 14, 2023, Plaintiff was shopping at a Target store at approximately 9:00 p.m.

5. That upon exiting the Target store Plaintiff was approached in the parking lot by a Medina City police officer who asked Plaintiff if he was Keith Mahoney. There were 4 to 5 police cruisers in the store parking lot.

6. After Plaintiff identified himself to the officer he was told that he was under arrest, handcuffed, placed in the back of a police cruiser, taken to the police station and booked.

7. Plaintiff was asked to sign a form which would transport him to the Delaware Police Department. Plaintiff refused to sign the form.

8. Plaintiff was told that he was under arrest for violating a protection order. Plaintiff was unaware of any protection order. Plaintiff had never been served with a protection order. Plaintiff was placed in a jail cell.

9. The next day on August 15, 2023, Plaintiff was asked to sign a receipt that he was now being served with a protection order. This was the same protection order that he was unaware existed and had never been served with.

10. On August 15, 2023, a Motion to Dismiss and Withdraw Warrant was filed in the Delaware Municipal Court stating that the Plaintiff had never been served with the protection order and was not on notice of it.

11. Plaintiff was incarcerated for approximately 1 day in jail as a result of Defendants' actions.

12. Plaintiff suffered damage, injury and loss of liberty as a result of Defendants' reckless actions. Additionally, Plaintiff suffered embarrassment and public humiliation as a result of being falsely arrested and jailed. Defendants' conduct was extreme and outrageous and intended to cause Plaintiff serious emotional distress.

## COUNT

(Violation of 42 U.S.C. Section 1983)

13. As a further and separate cause of action Plaintiff states as follows:

14. The allegations of Paragraphs 1 through 18 are herein incorporated by reference.

15. Defendants acting under the color of state law deprived Plaintiff of rights, privileges, or immunities guaranteed under federal law or the United States Constitution.

16. As a direct and proximate result of Defendants' actions, Plaintiff suffered injury, including emotional distress and other damage.

WHEREFORE, Plaintiff demands judgment against Defendants jointly and severally for compensatory damages in a sum in excess of Seventy-Five Thousand Dollars ($75,000.000) for liquidated/punitive damages as determined at trial, together with reasonable attorney fees, interest according to law and the costs of this action.

Respectfully Submitted,

/s/ Eric D. Hall
Eric D. Hall, #0067566
Attorney for Plaintiff
P.O. Box 232
Medina, Ohio 44258
(330) 245-7504
attorneyhall@yahoo.com

## JURY DEMAND

A TRIAL BY JURY IS HEREBY DEMANDED ON ALL ISSUES SO TRIABLE.

/s/ Eric D. Hall
Eric D. Hall, #0067566
Attorney for Plaintiff