**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Keith Mahoney,** | : | Case No. 2:25-cv-00908 |
| | : | |
| Plaintiff, | : | **Chief Judge Sarah D. Morrison** |
| | : | |
| v. | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| **City of Delaware, Ohio, *et al.*,** | : | |
| | : | |
| Defendants. | : | |

---

### ORDER GRANTING JOINT MOTION TO VACATE MEDIATION

---

This matter is before the Court on the parties' Joint Motion to Vacate Mediation (ECF No. 24). For good cause shown, the Motion is **GRANTED**. The Court hereby vacates the mediation in this matter.  Subject to the ruling on Defendants' Motion to Dismiss [ECF No. 15], the parties may engage in mediation at a later date.

 

**IT IS SO ORDERED.**

s/ *Chelsey M. Vascura*

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE